

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Robert Lafayette Lovell,                          * From the 90th District Court
                                                   of Stephens County,
                                                   Trial Court No. F36096.

Vs. No. 11-22-00099-CR                            * August 3, 2023

The State of Texas,                               * Memorandum Opinion by Trotter, J.
                                                   (Panel consists of: Bailey, C.J.,
                                                   Trotter, J., and Williams, J.)

        This court has inspected the record in this cause and concludes that there is no error in the judgment below.   Therefore, in accordance with this court's opinion, the judgment of the trial court is in all things affirmed.